IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-70-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JAVOB JAMES HARRISON, JR. | |

This matter is before the court on defendant's letter filed 14 September 2020 requesting that his sentence be reduced to time served. (DE # 47.) The court notes that on 12 July 2020, the court received a similar letter from defendant. (DE # 45.) The court construed that letter as a motion under 18 U.S.C. § 3582(c)(1)(A) and denied it without prejudice to defendant exhausting his administrative remedies with the Bureau of Prisons. (DE # 46.) The court construes the instant letter similarly. Before filing a § 3582(c)(1) motion with the sentencing court, the defendant must submit a request to the warden of his facility requesting the Bureau of Prisons to bring a motion on his behalf. 18 U.S.C. § 3582(c)(1)(A). After 30 days, if the defendant has not received a response to his request, he may then file a motion in the sentencing court. Id. Defendant's motion is DENIED WITHOUT PREJUDICE to defendant refiling his motion after exhausting his administrative remedies.

This 14 October 2020.

_____
W. Earl Britt
Senior U.S. District Judge